UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 MAR 18  P 12: 00

U.S. DISTRICT COURT
HARTFORD, CT

| | |
|---|---|
| DIRECTV, Inc, | ) |
| Plaintiff, | ) CIVIL ACTION 3:03CV0518-DJS |
| v. | ) |
| CHARLES DESKIN et al., | ) |
| Defendants | ) |

## NOTICE OF LIMITED APPEARANCE

To the Clerk:

Please enter my appearance for Charles Deskin, limited to said defendant's Motion to Vacate Default Judgment filed herewith.

_____
Kenneth D. Quat
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848
978-371-2296 (fax)
Conn. Fed. Bar Number: 24512

Connecticut address pursuant to Local Rule 83.1(c):

Mirto, Ketaineck, Barrett & DiCrosta, P.C.
P.O. Box 428
West Haven CT 06516

Certificate of Service

I hereby certify that a copy of the foregoing has been served on plaintiff's counsel by mailing same via first class mail, postage prepaid, to Wayne D. Lonstein, Esquire, Lonstein Law Office, P.O. Box 351, Ellenville NY 12428.

Dated: 3/16/04