IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

FILED ORIGINAL
2004 APR 29 A 10: 53
U.S. DISTRICT COURT

DIRECTV, INC.,
a California corporation,

              Plaintiff,

- against -

CHARLES DESKIN, et al.,

              Defendant.

MOTION FOR PARTIAL DISMISSAL
Civil Case No. 3-03-CV-00518 DJS
Honorable Dominic J. Squatrito

     **DIRECTV, INC., a California Corporation,** Plaintiff in the above entitled action, having compromised this action and no party herein being an infant or incompetent for whom a committee has been appointed and there being no person not a party who has any interest in the subject matter of said action, hereby moves that the above entitled action specifically pertaining to Defendant, **CHARLES DESKIN,** be dismissed without prejudice and without costs to either party pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

     This dismissal is specific to this Defendant and does not affect the remaining claims against any other Defendant.

Dated: April 19, 2004
       Ellenville, New York

                                   DIRECTV, INC.,

                            By: _____
                               Wayne D. Lonstein, Esq.
                               Bar Roll No. CT 19973
                               Attorney for Plaintiff
                               1 Terrace Hill, PO Box 351
                               Ellenville, NY 12428
                               Telephone: 845-647-8500
                               Facsimile: 845-647-6277
                               *Our File No. DTV-2CT-07*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION



**DIRECTV, INC.,**
a California corporation,

                          Plaintiff,

- against -

**CHARLES DESKIN**, et al.,

                          Defendants.

**ORDER FOR PARTIAL DISMISSAL**
Civil Case No. 3-03-CV-00518 DJS
Honorable Dominic J. Squatrito

---

Plaintiffs, Directv, Inc., having moved that the above entitled action, specifically as against Defendant **CHARLES DESKIN**, be dismissed without prejudice and without costs to either party pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby

**ORDERED,** that Defendant **CHARLES DESKIN** be dismissed without prejudice and without costs pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated this ____ day of _____, 2004.

                                                                                    **HONORABLE DOMINIC J. SQUATRITO**
                                                                                     United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

**ORIGINAL**

**DIRECTV, INC.,**
**a California corporation,**

                      Plaintiff,

- against -

**CHARLES DESKIN, et al.,**

                      Defendant.

**CERTIFICATION OF SERVICE**
Civil Case No. 3-03-CV-00518 DJS
Honorable Dominic J. Squatrito

This is to certify that the foregoing document was duly served by mailing true and accurate copies to:

    Kenneth D. Quat, Esq.
    132 Great Road
    Suite 200
    Stow, MA 01775

    Gregory J. Sachs, Esq.
    Law Offices of Gregory J. Sachs
    420 East Main Street
    Building 2, Suite 4
    Branford, CT 06405

[x] By US Postal Service,
On this 27TH day of April, 2004

                                          WAYNE D. LONSTEIN