UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT
NEW HAVEN

---

| | |
|---|---|
| DIRECTV, INC.,<br>a California corporation,<br><br>                Plaintiff,<br><br>- against -<br><br>CHARLES DESKIN, *et al.,*<br><br>                Defendants. | PLAINTIFF'S RESPONSE TO DEFENDANT'S "NOTIFICATION OF ADDITIONAL AUTHORITIES"<br><br>Civil Action No. 3-03-CV-00518 DJS<br>Honorable Dominic J. Squatrito |

---

Plaintiff, **DIRECTV, INC.**, respectfully requests that the Court decline to consider the most recent document filed by Defendant **PAUL CIOTTI** in support of his Motion for Summary Judgment, entitled "Notification of Additional Authorities in Support of Defendant Paul Ciotti's Motion for Summary Judgment." The Motion for Summary Judgment, Plaintiff's opposition thereto and Defendant Reply to Plaintiff's opposition have all been filed with the Clerk of the Court, the Reply having been filed on February 20, 2004. Plaintiff respectfully submits that this latest filing is merely Defendant's counsel's method of filing one more response when none is due Defendant and that such tactics should not be rewarded by the Court. Additionally, responding to the new cases essentially requires Plaintiff to repeat arguments provided in its original opposition to Defendant's Motion for Summary Judgment. Finally, it is important to note that the cases provided by Defendant are not Second Circuit cases. With Defendant pulling cases from all District Courts in all circuits, Plaintiff will be responding to and the Court will be considering Defendant's Motion for Summary Judgment indefinitely. Plaintiff has complete confidence in the Court's ability to properly and adequately research this issue without the parties' perpetual input.

In the alternative, should the Court decide to consider the document filed by Defendant

entitled "Notification of Additional Authorities in Support of Defendant Paul Ciotti's Motion for Summary Judgment," Plaintiff respectfully requests that the Court grant Plaintiff leave to submit a formal response.

Dated: April 27, 2004
      Ellenville, New York

                              _____
                              Wayne D. Lonstein (CT Federal Bar No.19973)
                              LONSTEIN LAW OFFICE, P.C.
                              Attorneys for Plaintiff
                              1 Terrace Hill, P.O. Box 351
                              Ellenville, NY 12428
                              Telephone: (845) 647-8500
                              Facsimile: (845) 647-6277
                              *Our File No.  DTV-3CT-02*

## CERTIFICATE OF SERVICE

      This is to certify that the foregoing document was duly served upon the following by regular mail, postage prepaid, on April _____, 2004:

Kenneth D. Quat, Esq.
132 Great Road
Suite 200
Stow, MA 01775

Gregory J. Sachs, Esq.
Law Offices of Gregory J. Sachs
420 East Main Street
Building 2, Suite 4
Branford, CT 06405

                              _____
                              Wayne D. Lonstein