UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DIRECTV, INC.**, a California corporation     Plaintiff | : |
| v. | :    CIVIL NO.: 3:03cv518(DJS) |
| **CHARLES DESKIN, ET AL**     Defendants | : |

**ORDER**

The Plaintiff's Motion for Partial Dismissal (Doc. #26) is hereby **GRANTED as to Charles Deskin only.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __7th__ day of May, 2004.

                                            /s/DJS
                                            Dominic J. Squatrito
                                            United States District Judge