UNITED STATES DISTRICT COURT<br>
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DIRECTV, INC., a California corporation**<br>    **Plaintiff** | : |
| v. | : CIVIL NO.: 3:03cv518(DJS) |
| **CHARLES DESKIN, ET AL**<br>    **Defendants** | : |

<u>**ORDER**</u>

The Motion of Charles Deskin to Vacate Default Judgment (Doc. #33) is hereby **DENIED as moot.**

   **IT IS SO ORDERED**.

   Dated at Hartford, Connecticut, this   7th   day of May, 2004.


                                    /s/DJS
                                    Dominic J. Squatrito
                                    United States District Judge