UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIRECTV, INC., : <br> a California corporation : <br> : <br> Plaintiff, : <br> : <br> v. : CASE NO. 3:03V518 (DJS) <br> : <br> CHARLES DESKIN, : <br> PAUL CIOTTI, and : <br> JESSE GRECO, : <br> : <br> Defendant(s). : | |

## JUDGMENT

This action having come on for consideration of PAUL CIOTTI's motion for summary judgment [dkt.#23] before the Honorable Dominic J. Squatrito, United States District Judge, and

The court having considered the motion and the full record of the case including applicable principles of law, and having filed a Memorandum of Decision granting defendant CIOTTI summary judgment and concluding that the evidence in the record is insufficient to permit a reasonable inference that CIOTTI unlawfully intercepted DIRECTV's encrypted satellite programming. The remaining claim may not be maintained as a private cause of action. As all claims against CHARLES DESKIN and JESSE GRECO having been previously disposed of, it is hereby

ORDERED, ADJUDGED and DECREED that defendant CIOTTI's motion for summary judgment is GRANTED. Judgment shall enter in favor of CIOTTI on all counts.

Dated at Hartford, Connecticut, this 29th day of March 2005.

KEVIN F. ROWE, Clerk

By _____
Terri Glynn
Deputy Clerk