IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

_____

**DIRECTV, INC.,**
**a California corporation,**

                         Plaintiff,        **MOTION FOR DISMISSAL**

  - against -                              Civil Case No.  3-03-CV-00518 DJS
                                            Honorable Dominic J. Squatrito

**CHARLES DESKIN, et al.,**

                         Defendant.
---------------------------------------------------------------

      **DIRECTV, INC., a California Corporation,** Plaintiff in the above entitled action, having compromised this action and no party herein being an infant or incompetent for whom a committee has been appointed and there being no person not a party who has any interest in the subject matter of said action, hereby moves that the above entitled action specifically pertaining to Defendant, **PAUL CIOTTI**, be dismissed without prejudice and without costs to either party pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: April 4, 2005
       Ellenville, New York

                                                DIRECTV, INC.,

                            By: _____
                                Wayne D. Lonstein, Esq.
                                Bar Roll No.  CT 19973
                                Attorney for Plaintiff
                                1 Terrace Hill, PO Box 351
                                Ellenville, NY 12428
                                Telephone:  845-647-8500
                                Facsimile:   845-647-6277
                                *Our File No.  DTV-2CT-07*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

_____

**DIRECTV, INC.,**
**a California corporation,**

                Plaintiff,        **ORDER FOR PARTIAL DISMISSAL**
  - against -                           Civil Case No. 3-03-CV-00518 DJS
                                          Honorable Dominic J. Squatrito

CHARLES DESKIN, et al.,

              Defendants.
---------------------------------------------------------------

      Plaintiffs, Directv, Inc., having moved that the above entitled action, specifically as against Defendant **PAUL CIOTTI**, be dismissed without prejudice and without costs to either party pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby

      **ORDERED,** that Defendant **PAUL CIOTTI** be dismissed without prejudice and without costs pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated this ____ day of _____, 2005.

                                                        _____
                                                      **HONORABLE DOMINIC J. SQUATRITO**
                                                           United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

_____

**DIRECTV, INC.,**
**a California corporation,**

                     Plaintiff,        **CERTIFICATION OF SERVICE**

    - against -                      Civil Case No. 3-03-CV-00518 DJS
                                                        Honorable Dominic J. Squatrito

CHARLES DESKIN, et al.,

                     Defendant.
-------------------------------------------------------------

This is to certify that the foregoing document was duly served by mailing true and accurate copies to:

    Kenneth D. Quat, Esq.
    9 Damonmill Square
    Suite 4A-4
    Concord, MA 01742

    Gregory J. Sachs, Esq.
    Law Offices of Gregory J. Sachs
    420 East Main Street
    Building 2, Suite 4
    Branford, CT 06405


[x] By US Postal Service,
On this ___ day of April, 2005

                                                        _____
                                                        WAYNE D. LONSTEIN