UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

---

DIRECTV, INC.
a California corporation,

        Plaintiff,

- against -

CHARLES DESKIN, et al

        Defendants.

---

**MOTION TO VACATE SUMMARY JUDGMENT PURSUANT TO RULE 60(b)**
Civil No. 3:03CV518 (DJS)

Plaintiff, DirecTV, hereby moves this Honorable Court for an Order Vacting the Summary Judgment signed March 29, 2005 as the matter had been completely compromised and settled prior to that date and no case or controversy existed at the time of the Judgment and Decision. In support thereof, Plaintiff respectfully submits the attached Affidavit of Wayne D. Lonstein, Esq.

Dated: April 7, 2005
      Ellenville, New York

LONSTEIN LAW OFFICE, P.C.

By: /s/ Wayne D. Lonstein
    Wayne D. Lonstein, Esq.
    Attorney for Plaintiff
    1 Terrace Hill, PO Box 351
    Ellenville, NY 12428
    Telephone: 845-647-8500
    Facsimile: 845-647-6277
    Our File No. DTV-3CT-02