ORIGINAL

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

---

DIRECTV, INC.
a California corporation,

                Plaintiff,

- against -

CHARLES DESKIN, et al

                Defendants.

---

**CERTIFICATE OF SERVICE**
Civil No. 3:03CV518 (DJS)

### CERTIFICATE OF SERVICE

The undersigned certifies that on the 7th day of April, 2005, your deponent served the following documents by regular mail:

Motion to Vacate Summary Judgment
Affidavit in Support of Motion to Vacate
Proposed Order Vacating Summary Judgment

Kenneth D. Quat, Esq.
132 Great Road, Suite 200
Stow, MA 01775

_____
Wayne D. Lonstein, Esq.
Attorney for Plaintiff
1 Terrace Hill, PO Box 351
Ellenville, NY 12428
Telephone: 845-647-8500
Facsimile: 845-647-6277
Or File No. DTV-3CT-02