ORIGINAL

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

---

DIRECTV, INC.
a California corporation,

                      Plaintiff,

- against -

CHARLES DESKIN, *et al.*,

                      Defendants.

**Order Granting Plaintiff's
Motion to Vacate Summary Judgment**

Civil Action No. 3-03-CV-00518 DJS
Honorable Dominic J. Squatrito

---

HONORABLE DOMINIC J. SQUATRITO, UNITED STATES DISTRICT JUDGE

Upon Motion of Plaintiff, DirecTV, and Affidavit,

It is hereby **ORDERED, ADJUDGED AND DECREED** that the Summary Judgment signed March 29, 2005 be vacated as the matter had been settled and compromised denying this court Subject Matter Jurisdiction.

Dated: ~~April~~ May 19, 2005

                                                HONORABLE DOMINIC J. SQUATRITO
                                                United States District Judge