ORIGI[NAL]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

DIRECTV, INC.,
a California corporation,

                Plaintiff,

- against -

CHARLES DESKIN, et al.,

                Defendants.

**ORDER FOR PARTIAL DISMISSAL**
Civil Case No. 3-03-CV-00518 DJS
Honorable Dominic J. Squatrito

Plaintiffs, Directv, Inc., having moved that the above entitled action, specifically as against Defendant **PAUL CIOTTI**, be dismissed without prejudice and without costs to either party pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby

**ORDERED**, that Defendant **PAUL CIOTTI** be dismissed without prejudice and without costs pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated this 19th day of May

                                  HONORABLE DOMINIC J. SQUATRITO
                                  United States District Judge